NUMBER 13-01-224-CV

 

COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI

 ________________________________________________________________ 



LETICIA QUINTANILLA , Appellant, 



v.

 

ERICA SALAZAR AND LORILEE BARRERA , Appellees. 

________________________________________________________________ 



On appeal from the County Court at Law No. One 

of Hidalgo County, Texas.

 ________________________________________________________________ 



O P I N I O N

 

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam



 Appellant, LETICIA QUINTANILLA , perfected an appeal from a judgment entered by the County Court at Law No. One
of Hidalgo County, Texas, in cause number CL-34064-A . After the notice of appeal was filed, appellant filed a motion to
dismiss the appeal. In the motion, appellant states that this case has been resolved and appellant no longer wishes to
prosecute this appeal. Appellant requests that this Court dismiss the appeal. 

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 24th day of May, 2001 .